**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| JONI B. TYLER, et al. | PLAINTIFFS |
| VS. | CIVIL ACTION 3:09cv338 TSL-FKB |
| JPF1, LLC, et al. | DEFENDANTS |

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceedings for the reason that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel for the defendants, is on the recusal list of the undersigned United States district judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this  25th  day of March, 2010.

                                                      /s/Tom S. Lee
                                                    UNITED STATES DISTRICT JUDGE